UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 08CR2492-JAH |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER AND JUDGMENT TO DISMISS |
|  | ) INFORMATION WITHOUT PREJUDICE AND |
|  | ) TO EXONERATE BOND FOR PRETRIAL |
| ROBERT L. LINDSLEY, | ) RELEASE |
| Defendant. | ) |

Upon the unopposed motion of the United States requesting leave of this Court to dismiss an information under Rule 48(a) of the Federal Rules of Criminal Procedure, and for good cause appearing,

IT IS HEREBY ORDERED that the United States' request for leave is granted and the Information in the above-referenced case is dismissed without prejudice.

IT IS FURTHER ORDERED that defendant's bond for pre-trial release is exonerated.

DATED: March 16, 2012.

_____
HONORABLE JOHN A. HOUSTON
United States District Judge